FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:50 pm, Aug 27, 2020

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR 217-002 |
| | ) | |
| **JAMES MARTIN GRAHAM** | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's motion to seal Exhibit A to its response to Defendant's motion for compassionate release, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit A with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 27th day of August 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA