# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,    )
                             )
                             )        CR 217-002
v.                           )
                             )
JAMES MARTIN GRAHAM,         )
                             )
        Defendant.           )

## ORDER

Before the Court is Defendant James Graham's motion for summary judgment, purportedly filed pursuant to Federal Rule of Civil Procedure 56. Dkt. No. 137. Defendant argues that, because the Government did not file a response to his motion for sentence reduction, dkt. no. 133, Defendant is entitled to judgment as a matter of law. Dkt. No. 137 at 2. Defendant further argues that the Government's failure to respond to his motion for sentence reduction indicates there is no opposition to the motion. Id. at 4 (citing S.D. Ga. L.R. 7.5).

Defendant's reliance on Rule 56 and Local Rule 7.5 is misplaced. Those are *civil* rules that apply to *civil* cases. Defendant's motion for sentence reduction is a post-judgment motion filed in a *criminal* case. Therefore, Rule 56 and Local Rule 7.5 do not offer Defendant the relief he seeks, and his motion for summary judgment, dkt. no. 137, is **DENIED**.

**SO ORDERED**, this 23 day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA