# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CR 217-002 |
| v. | ) | |
| | ) | |
| JAMES MARTIN GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court are Defendant James Graham's motion for reconsideration and motion for leave to proceed *pro se*. Dkt. Nos. 145, 148.

In his motion for reconsideration, Defendant continues to argue that the warrant for his arrest is incomplete. Dkt. No. 145 at 1. He now "demands that a copy of th[e] required affidavit [supporting the warrant] be produced." Id. at 3-4. The Court has already explained that Defendant's grand jury indictment satisfies the oath or affirmation requirement of the Fourth Amendment with regard to the arrest warrant. Dkt. No. 144 at 2. Further, while Defendant states he is requesting copies of documents pertaining to his case, Defendant is actually attempting to collaterally attack his sentence. See United States v. Carter, 500 F.3d 486, 490 (6th Cir. 2007) ("[W]hen a motion . . . attacks the petitioner's underlying

conviction or sentence, that is an attack on the merits of the case and should be construed as a § 2255 motion."). Through his motion for reconsideration, Defendant is attempting to circumvent having to obtain authorization from the Eleventh Circuit to file a successive 28 U.S.C. § 2255 petition. See Dkt. Nos. 52, 106. Section 2255(h) requires that prisoners wishing to file a successive petition to collaterally challenge their conviction or sentence must first obtain permission from the Court of Appeals. Defendant has not done so. The Court thus lacks jurisdiction to consider Defendant's motion, dkt. no. 145, and it is **DISMISSED.** Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003).

In his second motion before the Court, Defendant moves the Court "to allow him to proceed *pro se*." Dkt. No. 148 at 1. Defendant's motion is **DENIED as moot.** *Pro se* litigants do not need to request leave of Court to represent themselves. Further, Defendant has no active case before this Court.

**SO ORDERED**, this 13 day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA